IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 104-051 |
| | * | |
| ROBIN L. WILLIAMS | * | |

ORDER

Before the Court in the captioned case is Defendant Robin L. Williams's motion to terminate the remainder of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). Defendant makes this request so that he may freely travel to Great Britain on behalf of his current employer. In the alternative, Defendant requests that he be allowed to travel to Great Britain upon notice to his probation officer without the need to obtain court approval through a motion. The Government opposes early termination of supervised release.

Upon due consideration, consultation with the United States Probation Office, and review of the United States Probation Office's "Chronos/Client History," it appears that continued supervision of the offender is more appropriate. Defendant's motion to terminate his supervised release is therefore **DENIED**. Further, it is observed that seeking and obtaining permission to travel for a legitimate purpose need

be no more onerous than the purchase of an airline ticket. The application to the probation officer must include the purpose of the trip, dates of departure and return, and location of the offender's lodgings while on the proposed trip. I am confident that if the probation officer is assured and satisfied that the offender's travel is required for a legitimate business purpose related to his employment, the request will be granted without delay. There is no requirement that the offender file a motion with the Court unless his request to travel has been rejected by the probation officer.

Finally, nothing in this Order shall be construed to limit or circumscribe the discretion of the United States Probation Office in assessing the legitimacy of the offender's employment, travel, living arrangements, or other elements which may be indicators of the offender's compliance with the terms of supervised release.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE